**Leinart Law Firm**
11520 N. Central Expressway
Suite 212
Dallas, Texas 75243

Bar Number:   00794156
Phone:   (469) 232-3328

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | | |
|---|---|---|---|
| In re: **Jason Ray French** | xxx-xx-7641 | § | Case No:   **18-44931-elm-13** |
| 1312 Constance Drive | | § | Date:   **1/11/2019** |
| Fort Worth, TX 76131 | | § | |
| | | § | Chapter 13 |
| | | § | |
| **Kylee Wayne Williams** | xxx-xx-9675 | | |
| 1312 Constance Drive | | | |
| Fort Worth, TX 76131 | | | |

Debtor(s)

**DEBTOR'S(S') CHAPTER 13 PLAN**
**(CONTAINING A MOTION FOR VALUATION)**

**DISCLOSURES**

☑ This *Plan* does not contain any *Nonstandard Provisions.*

☐ This *Plan* contains  *Nonstandard Provisions* listed in Section III.

☐ This *Plan* does not limit the amount of a secured claim based on a valuation of the *Collateral* for the claim.

☑ This *Plan* does limit the amount of a secured claim based on a valuation of the *Collateral* for the claim.

This *Plan* does not avoid a security interest or lien.

Language in italicized type in this *Plan* shall be as defined in the "General Order 2017-01, Standing Order Concerning Chapter 13 Cases" and as it may be superseded or amended ("General Order").  All provisions of the General Order shall apply to this *Plan* as if fully set out herein.

Page 1

| | | | |
|---|---|---|---|
| Plan Payment: | **Variable** | Value of Non-exempt property per § 1325(a)(4): | **$0.00** |
| Plan Term: | **60 months** | Monthly Disposable Income per § 1325(b)(2): | **$0.00** |
| Plan Base: | **$42,644.00** | Monthly Disposable Income x ACP ("UCP"): | **$0.00** |
| Applicable Commitment Period: | **36 months** | | |

Case No: 18-44931-elm-13
Debtor(s): **Jason Ray French**
**Kylee Wayne Williams**

**MOTION FOR VALUATION**

Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims who do not accept the *Plan, Debtor(s)* hereby move(s) the Court to value the *Collateral* described in Section I, Part E.(1) and Part F of the *Plan* at the lesser of the value set forth therein or any value claimed on the proof of claim. Any objection to valuation shall be filed at least seven (7) days prior to the date of the *Trustee's* pre-hearing conference regarding Confirmation or shall be deemed waived.

**SECTION I**
**DEBTOR'S(S') CHAPTER 13 PLAN - SPECIFIC PROVISIONS**
**FORM REVISED 7/1/17**

A. **PLAN PAYMENTS:**

*Debtor(s)* propose(s) to pay to the *Trustee* the sum of:

__$500.00__ per month, months __1__ to __2__ .

__$718.00__ per month, months __3__ to __60__ .

For a total of __$42,644.00__ (estimated "*Base Amount*").

First payment is due __1/13/2019__ .

The applicable commitment period ("ACP") is __36__ months.

Monthly Disposable Income ("DI") calculated by *Debtor(s)* per § 1325(b)(2) is: __$0.00__ .

The Unsecured Creditors' Pool ("UCP"), which is DI x ACP, as estimated by the Debtor(s), shall be no less than:
__$0.00__ .

*Debtor(s')* equity in non-exempt property, as estimated by *Debtor(s)* per § 1325(a)(4), shall be no less than:
__$0.00__ .

B. **STATUTORY, ADMINISTRATIVE AND DSO CLAIMS:**

1. **CLERK'S FILING FEE:** Total filing fees paid through the *Plan*, if any, are __$0.00__ and shall be paid in full prior to disbursements to any other creditor.

2. **STATUTORY TRUSTEE'S PERCENTAGE FEE(S) AND NOTICING FEES:** *Trustee's Percentage Fee(s)* and any noticing fees shall be paid first out of each receipt as provided in General Order 2017-01 (as it may be superseded or amended) and 28 U.S.C. § 586(e)(1) and (2).

3. **DOMESTIC SUPPORT OBLIGATIONS:** The *Debtor* is responsible for paying any Post-petition Domestic Support Obligation directly to the DSO claimant. Pre-petition Domestic Support Obligations per Schedule "E/F" shall be paid in the following monthly payments:

| DSO CLAIMANTS | SCHED. AMOUNT | % | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT $__ PER MO. |
|---|---|---|---|---|
|  |  |  |  |  |

C. **ATTORNEY FEES:** To _____ **Leinart Law Firm** _____ , total: __$3,700.00__ ;
__$0.00__ Pre-petition; __$3,700.00__ disbursed by the *Trustee*.

Case No: 18-44931-elm-13
Debtor(s): **Jason Ray French**
**Kylee Wayne Williams**

**D.(1) PRE-PETITION MORTGAGE ARREARAGE:**

| MORTGAGEE | SCHED. ARR. AMT. | DATE ARR. THROUGH | % | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT |
|---|---|---|---|---|---|
| | | | | | |

**D.(2) CURRENT POST-PETITION MORTGAGE PAYMENTS DISBURSED BY THE TRUSTEE IN A CONDUIT CASE:**

| MORTGAGEE | # OF PAYMENTS PAID BY TRUSTEE | CURRENT POST-PETITION MORTGAGE PAYMENT AMOUNT | FIRST CONDUIT PAYMENT DUE DATE (MM-DD-YY) |
|---|---|---|---|
| | | | |

**D.(3) POST-PETITION MORTGAGE ARREARAGE:**

| MORTGAGEE | TOTAL AMT. | DUE DATE(S) (MM-DD-YY) | % | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT |
|---|---|---|---|---|---|
| | | | | | |

**E.(1) SECURED CREDITORS - PAID BY THE TRUSTEE:**

A.

| CREDITOR / COLLATERAL | SCHED. AMT. | VALUE | % | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT Per Mo. |
|---|---|---|---|---|---|
| | | | | | |

B.

| CREDITOR / COLLATERAL | SCHED. AMT. | VALUE | % | | TREATMENT Pro-rata |
|---|---|---|---|---|---|
| **Sam's Appliances & Furniture** Household Appliances/Furniture | **$2,860.00** | **$1,430.00** | **0.00%** | | **Pro-Rata** |
| **Sam's Appliances & Furniture** Household Appliances/Furniture | **$2,232.00** | **$1,116.00** | **0.00%** | | **Pro-Rata** |
| **Sam's Appliances & Furniture** Household Appliances/Furniture | **$343.00** | **$171.50** | **0.00%** | | **Pro-Rata** |

To the extent the value amount in E.(1) is less than the scheduled amount in E.(1), the creditor may object. In the event a creditor objects to the treatment proposed in paragraph E.(1), the *Debtor(s)* retain(s) the right to surrender the *Collateral* to the creditor in satisfaction of the creditor's claim.

**E.(2) SECURED 1325(a)(9) CLAIMS PAID BY THE TRUSTEE - NO CRAM DOWN:**

A.

| CREDITOR / COLLATERAL | SCHED. AMT. | % | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT Per Mo. |
|---|---|---|---|---|
| | | | | |

B.

| CREDITOR / COLLATERAL | SCHED. AMT. | % | | TREATMENT Pro-rata |
|---|---|---|---|---|
| **CarMax Auto Finance** 2016 Chrysler Town & Country | **$21,511.00** | **5.00%** | | **Pro-Rata** |

The valuation of *Collateral* set out in E.(1) and the interest rate to be paid on the above scheduled claims in E.(1) and E.(2) will be finally determined at confirmation. The allowed claim amount will be determined based on a timely filed proof of claim and the *Trustee's Recommendation Concerning Claims* ("TRCC") or by an order on an objection to claim.

Absent any objection to the treatment described in E.(1) or E.(2), the creditor(s) listed in E.(1) and E.(2) shall be deemed to have accepted the *Plan* per section 1325(a)(5)(A) of the Bankruptcy Code and to have waived its or their rights under section 1325(a)(5)(B) and (C) of the Bankruptcy Code.

Case No:  18-44931-elm-13
Debtor(s):  **Jason Ray French**
              **Kylee Wayne Williams**

## F.  SECURED CREDITORS - COLLATERAL TO BE SURRENDERED:

| CREDITOR / COLLATERAL | SCHED. AMT. | VALUE | TREATMENT |
|---|---|---|---|
| | | | |

Upon confirmation, pursuant to 11 U.S.C. § 1322(b)(8), the surrender of the *Collateral* described herein will provide for the payment of all or part of a claim against the *Debtor(s)* in the amount of the value given herein.

The valuation of *Collateral* in F will be finally determined at confirmation. The allowed claim amount will be determined based on a timely filed proof of claim and the *Trustee's Recommendation Concerning Claims* ("TRCC") or by an order on an objection to claim.

The *Debtor(s)* request(s) that the automatic stay be terminated as to the surrendered *Collateral*. If there is no objection to the surrender, the automatic stay shall terminate and the *Trustee* shall cease disbursements on any secured claim which is secured by the *Surrendered Collateral*, without further order of the Court, on the 7th day after the date the *Plan* is filed. However, the stay shall not be terminated if the *Trustee* or affected secured lender files an objection in compliance with paragraph 8 of the General Order until such objection is resolved.

Nothing in this *Plan* shall be deemed to abrogate any applicable non-bankruptcy statutory or contractual rights of the *Debtor(s)*.

## G.  SECURED CREDITORS - PAID DIRECT BY DEBTOR:

| CREDITOR | COLLATERAL | SCHED. AMT. |
|---|---|---|
| | | |

## H.  PRIORITY CREDITORS OTHER THAN DOMESTIC SUPPORT OBLIGATIONS:

| CREDITOR | SCHED. AMT. | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT |
|---|---|---|---|
| **Internal Revenue Service** | **$7,132.00** | **Month(s) 1-60** | **Pro-Rata** |

## I.  SPECIAL CLASS:

| CREDITOR | SCHED. AMT. | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT |
|---|---|---|---|
| | | | |

JUSTIFICATION: _____

## J.  UNSECURED CREDITORS:

| CREDITOR | SCHED. AMT. | COMMENT |
|---|---|---|
| **Aaron's Sales & Lease** | **$0.00** | |
| **Aaron's Sales & Lease** | **$0.00** | |
| **Ad Astra Recovery** | **$1,535.00** | |
| **AMCA** | **$0.00** | |
| **AMCA/American Medical Collection Agency** | **$280.00** | |
| **AMCA/American Medical Collection Agency** | **$206.00** | |
| **AMCA/American Medical Collection Agency** | **$194.00** | |
| **AMCA/American Medical Collection Agency** | **$150.00** | |
| **Applied Bank** | **$1,219.00** | |
| **Applied Bank** | **$222.00** | |
| **Blakely Witt & Assoc** | **$2,008.00** | |
| **Capital One** | **$0.00** | |
| **Capital One** | **$0.00** | |
| **Citicards** | **$370.00** | |

Case No: 18-44931-elm-13
Debtor(s): **Jason Ray French**
**Kylee Wayne Williams**

| | |
|---|---|
| **CMRE Financial Services** | **$980.00** |
| **CMRE Financial Services** | **$569.00** |
| **CMRE Financial Services** | **$526.00** |
| **CMRE Financial Services** | **$289.00** |
| **CMRE Financial Services** | **$54.00** |
| **Comcast** | **$0.00** |
| **Commonwealth Financial Systems** | **$960.00** |
| **Commonwealth Financial Systems** | **$475.00** |
| **Commonwealth Financial Systems** | **$3,249.00** |
| **Commonwealth Financial Systems** | **$1,119.00** |
| **Conn's Appliance Inc** | **$0.00** |
| **Conn's Appliance Inc** | **$0.00** |
| **Conn's Appliance Inc** | **$0.00** |
| **Convergent Outsourcing, Inc.** | **$200.00** |
| **Credit Acceptance** | **$0.00** |
| **Credit Collection Service** | **$280.00** |
| **Credit Collection Service** | **$280.00** |
| **Credit Collection Service** | **$262.00** |
| **Credit One Bank** | **$0.00** |
| **Credit One Bank** | **$0.00** |
| **Credit Systems International, Inc** | **$705.00** |
| **Credit Systems International, Inc** | **$705.00** |
| **Credit Systems International, Inc** | **$345.00** |
| **Credit Systems International, Inc** | **$333.00** |
| **Credit Systems International, Inc** | **$319.00** |
| **Credit Systems International, Inc** | **$319.00** |
| **Credit Systems International, Inc** | **$319.00** |
| **Credit Systems International, Inc** | **$319.00** |
| **Credit Systems International, Inc** | **$257.00** |
| **Credit Systems International, Inc** | **$226.00** |
| **Credit Systems International, Inc** | **$222.00** |
| **Credit Systems International, Inc** | **$199.00** |
| **Credit Systems International, Inc** | **$199.00** |
| **Credit Systems International, Inc** | **$185.00** |
| **Credit Systems International, Inc** | **$168.00** |
| **Credit Systems International, Inc** | **$162.00** |
| **Credit Systems International, Inc** | **$157.00** |
| **Credit Systems International, Inc** | **$127.00** |
| **Credit Systems International, Inc** | **$121.00** |
| **Credit Systems International, Inc** | **$109.00** |
| **Credit Systems International, Inc** | **$75.00** |
| **Credit Systems International, Inc** | **$75.00** |
| **Credit Systems International, Inc** | **$67.00** |
| **Credit Systems International, Inc** | **$53.00** |
| **Credit Systems International, Inc** | **$45.00** |

Case No:   18-44931-elm-13
Debtor(s):  **Jason Ray French**
            **Kylee Wayne Williams**

| | |
|---|---|
| **Credit Systems International, Inc** | **$44.00** |
| **Credit Systems International, Inc** | **$44.00** |
| **Credit Systems International, Inc** | **$44.00** |
| **Credit Systems International, Inc** | **$44.00** |
| **Credit Systems International, Inc** | **$44.00** |
| **Credit Systems International, Inc** | **$44.00** |
| **Credit Systems International, Inc** | **$44.00** |
| **Credit Systems International, Inc** | **$40.00** |
| **Credit Systems International, Inc** | **$40.00** |
| **Credit Systems International, Inc** | **$38.00** |
| **Credit Systems International, Inc** | **$38.00** |
| **Credit Systems International, Inc** | **$38.00** |
| **Credit Systems International, Inc** | **$38.00** |
| **Credit Systems International, Inc** | **$36.00** |
| **Credit Systems International, Inc** | **$36.00** |
| **Credit Systems International, Inc** | **$35.00** |
| **Credit Systems International, Inc** | **$35.00** |
| **Credit Systems International, Inc** | **$34.00** |
| **Credit Systems International, Inc** | **$34.00** |
| **Credit Systems International, Inc** | **$34.00** |
| **Credit Systems International, Inc** | **$33.00** |
| **Credit Systems International, Inc** | **$33.00** |
| **Credit Systems International, Inc** | **$33.00** |
| **Credit Systems International, Inc** | **$31.00** |
| **Credit Systems International, Inc** | **$29.00** |
| **Credit Systems International, Inc** | **$26.00** |
| **Discover Financial** | **$201.00** |
| **Dish Network** | **$0.00** |
| **Diversified Consultants, Inc.** | **$0.00** |
| **Emcare DFW Emergency Physicians** | **$0.00** |
| **Financial Control Services** | **$985.00** |
| **Financial Control Services** | **$923.00** |
| **Financial Control Services** | **$915.00** |
| **Financial Control Services** | **$915.00** |
| **Financial Control Services** | **$712.00** |
| **Financial Control Services** | **$658.00** |
| **Financial Control Services** | **$645.00** |
| **Financial Control Services** | **$645.00** |
| **Financial Control Services** | **$645.00** |
| **Financial Control Services** | **$425.00** |
| **Fingerhut** | **$1,451.00** |
| **Fingerhut** | **$0.00** |
| **Helvey & Associates** | **$100.00** |
| **I C System Inc** | **$95.00** |
| **Jefferson Capital Systems, LLC** | **$4,241.00** |

Case No: 18-44931-elm-13
Debtor(s): **Jason Ray French**
**Kylee Wayne Williams**

| | | |
|---|---|---|
| **Lone Star Radiology** | $0.00 | |
| **LVNV Funding/Resurgent Capital** | $683.00 | |
| **Mariner Finance** | $0.00 | |
| **Medical City Alliance** | $124,151.27 | |
| **Medical City Alliance** | $21,706.49 | |
| **Medical Tox Labs** | $65.00 | |
| **Merchants & Medical Credit Corp** | $797.00 | |
| **MidAmerica Bank & Trust Company** | $0.00 | |
| **MidAmerica Bank & Trust Company** | $0.00 | |
| **Midwest Recovery Systems** | $1,832.00 | |
| **Midwest Recovery Systems** | $1,299.00 | |
| **Nationwide Recovery** | $1,615.00 | |
| **Nationwide Recovery** | $1,585.00 | |
| **North Texas Surgical Specialist** | $2,055.00 | |
| **NTTA** | $781.69 | |
| **NTTA** | $22.02 | |
| **One Advantage, LLC** | $107.00 | |
| **One Advantage, LLC** | $95.00 | |
| **Propath** | $0.00 | |
| **Questcard Medical** | $0.00 | |
| **Radiological Assoc** | $0.00 | |
| **Reliant Energy** | $0.00 | |
| **Sam's Appliances & Furniture** | $1,430.00 | Unsecured portion of the secured debt (Bifurcated) |
| **Sam's Appliances & Furniture** | $1,116.00 | Unsecured portion of the secured debt (Bifurcated) |
| **Sam's Appliances & Furniture** | $171.50 | Unsecured portion of the secured debt (Bifurcated) |
| **Sam's Appliances & Furniture** | $0.00 | |
| **Sam's Appliances & Furniture** | $0.00 | |
| **Security Check** | $1,942.00 | |
| **Security Finance Corp** | $0.00 | |
| **Security Finance Corp** | $0.00 | |
| **Security Finance Corp** | $0.00 | |
| **Southwest Recovery Service** | $2,487.00 | |
| **Southwest Rehab Associates** | $0.00 | |
| **Speedy Cash** | $0.00 | |
| **Sunbelt Credit** | $1,130.00 | |
| **Synerprise Consulting Services, Inc** | $203.00 | |
| **Tempoe, LLC dba Why Not Lease It** | $0.00 | |
| **Texas Health Harris Methodist** | $0.00 | |
| **Texas Health Physicians Group** | $0.00 | |
| **Texas Medicine Resources** | $0.00 | |
| **Texas Pain Institute** | $630.00 | |
| **Texas Radiology Associates** | $0.00 | |
| **Transworld System Inc** | $614.00 | |
| **TXU/Texas Energy** | $537.00 | |
| **United Revenue Corp** | $1,254.00 | |

Case No: 18-44931-elm-13
Debtor(s): **Jason Ray French**
**Kylee Wayne Williams**

| | |
|---|---|
| **United Revenue Corp** | **$1,254.00** |
| **United Revenue Corp** | **$1,254.00** |
| **United Revenue Corp** | **$1,254.00** |
| **United Revenue Corp** | **$1,100.00** |
| **United Revenue Corp** | **$1,100.00** |
| **United Revenue Corp** | **$1,100.00** |
| **United Revenue Corp** | **$1,100.00** |
| **United Revenue Corp** | **$947.00** |
| **United Revenue Corp** | **$947.00** |
| **United Revenue Corp** | **$947.00** |
| **United Revenue Corp** | **$947.00** |
| **United Revenue Corp** | **$947.00** |
| **United Revenue Corp** | **$841.00** |
| **United Revenue Corp** | **$841.00** |
| **United Revenue Corp** | **$738.00** |
| **United Revenue Corp** | **$735.00** |
| **United Revenue Corp** | **$635.00** |
| **United Revenue Corp** | **$482.00** |
| **United Revenue Corp** | **$482.00** |
| **United Revenue Corp** | **$423.00** |
| **UNT Health** | **$0.00** |
| **US Anesthesia Partners** | **$6,696.00** |
| **Vance & Huffman Llc** | **$3,450.00** |
| **Verizon Wireless** | **$3,494.00** |
| **Wise Credit Llc** | **$12,407.00** |
| **Wise Emergency Medical Associates** | **$0.00** |

TOTAL SCHEDULED UNSECURED: **$248,192.97**

The *Debtor's(s')* estimated (but not guaranteed) payout to unsecured creditors based on the scheduled amount is _____**0%**_____.

General unsecured claims will not receive any payment until after the order approving the TRCC becomes final.

**K. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:**

| § 365 PARTY | ASSUME/REJECT | CURE AMOUNT | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT |
|---|---|---|---|---|
| | | | | |

**SECTION II**
**DEBTOR'S(S') CHAPTER 13 PLAN - GENERAL PROVISIONS**
**FORM REVISED 7/1/17**

**A. SUBMISSION OF DISPOSABLE INCOME:**

*Debtor(s)* hereby submit(s) future earnings or other future income to the *Trustee* to pay the *Base Amount.*

**B. ADMINISTRATIVE EXPENSES, DSO CLAIMS & PAYMENT OF TRUSTEE'S STATUTORY PERCENTAGE FEE(S) AND NOTICING FEES:**

The Statutory Percentage Fees of the *Trustee* shall be paid in full pursuant to 11 U.S.C. §§ 105(a), 1326(b)(2), and 28 U.S.C. § 586(e)(1)(B). The *Trustee* is authorized to charge and collect Noticing Fees as indicated in Section I, Part "B" hereof.

Case No: 18-44931-elm-13
Debtor(s): **Jason Ray French**
**Kylee Wayne Williams**

### C. ATTORNEY FEES:

*Debtor's(s')* Attorney Fees totaling the amount indicated in Section I, Part C, shall be disbursed by the *Trustee* in the amount shown as "Disbursed By The Trustee" pursuant to this *Plan* and the ***Debtor's(s')*** Authorization for Adequate Protection Disbursements ("*AAPD*"), if filed.

### D.(1) PRE-PETITION MORTGAGE ARREARAGE:

The Pre-Petition *Mortgage Arrearage* shall be paid by the *Trustee* in the allowed pre-petition arrearage amount and at the rate of interest indicated in Section I, Part D.(1). To the extent interest is provided, it will be calculated from the date of the Petition. The principal balance owing upon confirmation of the *Plan* on the allowed pre-petition *Mortgage Arrearage* amount shall be reduced by the total adequate protection less any interest (if applicable) paid to the creditor by the *Trustee*. Such creditors shall retain their liens.

### D.(2) CURRENT POST-PETITION MORTGAGE PAYMENTS DISBURSED BY TRUSTEE IN A CONDUIT CASE:

*Current Post-Petition Mortgage Payment(s)* shall be paid by the *Trustee* as indicated in Section I, Part D.(2), or as otherwise provided in the General Order.

The *Current Post-Petition Mortgage Payment(s)* indicated in Section I, Part D.(2) reflects what the *Debtor(s)* believe(s) is/are the periodic payment amounts owed to the *Mortgage Lender* as of the date of the filing of this *Plan*. Adjustment of the *Plan Payment* and *Base Amount* shall be calculated as set out in the General Order, paragraph 15(c)(3).

Payments received by the *Trustee* for payment of the *Debtor's Current Post-Petition Mortgage Payment(s)* shall be deemed adequate protection to the creditor.

Upon completion of the *Plan, Debtor(s)* shall resume making the *Current Post-Petition Mortgage Payments* required by their contract on the due date following the date specified in the *Trustee's* records as the date through which the *Trustee* made the last *Current Post-Petition Mortgage Payment*.

Unless otherwise ordered by the Court, and subject to Bankruptcy Rule 3002.1(f)-(h), if a *Conduit Debtor* is current on his/her *Plan Payments* or the payment(s) due pursuant to any wage directive, the *Mortgage Lender* shall be deemed current post-petition.

### D.(3) POST-PETITION MORTGAGE ARREARAGE:

The *Post-Petition Mortgage Arrearage* shall be paid by the *Trustee* in the allowed amount and at the rate of interest indicated in Section I, Part D.(3). To the extent interest is provided, it will be calculated from the date of the Petition.

*Mortgage Lenders* shall retain their liens.

### E.(1) SECURED CLAIMS TO BE PAID BY TRUSTEE:

The claims listed in Section I, Part E.(1) shall be paid by the *Trustee* as secured to the extent of the lesser of the allowed claim amount (per a timely filed Proof of Claim not objected to by a party in interest) or the value of the *Collateral* as stated in the *Plan*. Any amount claimed in excess of the value shall automatically be split and treated as unsecured as indicated in Section I, Part H or J, per 11 U.S.C. § 506(a). Such creditors shall retain their liens on the *Collateral* described in Section I, Part E.(1) as set out in 11 U.S.C. § 1325(a)(5)(B)(I) and shall receive interest at the rate indicated from the date of confirmation or, if the value shown is greater than the allowed claim amount, from the date of the Petition, up to the amount by which the claim is over-secured. The principal balance owing upon confirmation of the *Plan* on the allowed secured claim shall be reduced by the total of adequate protection payments less any interest (if applicable) paid to the creditor by the *Trustee*.

### E.(2) SECURED 1325(a)(9) CLAIMS TO BE PAID BY THE TRUSTEE--NO CRAM DOWN:

Claims in Section I, Part E.(2) are either debts incurred within 910 days of the *Petition Date* secured by a purchase money security interest in a motor vehicle acquired for the personal use of the *Debtor(s)* or debts incurred within one year of the *Petition Date* secured by any other thing of value.

The claims listed in Section I, Part E.(2) shall be paid by the *Trustee* as fully secured to the extent of the allowed amount (per a timely filed Proof of Claim not objected to by a party in interest). Such creditors shall retain their liens on the *Collateral* described in Section I, Part E.(2) until the earlier of the payment of the underlying debt determined under non-bankruptcy law or a discharge under § 1328 and shall receive interest at the rate indicated from the date of confirmation. The principal balance owing upon confirmation of the *Plan* on the allowed secured claim shall be reduced by the total of adequate protection payments paid to the creditor by the *Trustee*.

Case No:  18-44931-elm-13
Debtor(s):  **Jason Ray French**
  **Kylee Wayne Williams**

To the extent a secured claim not provided for in Section I, Part D, E.(1) or E.(2) is allowed by the Court, *Debtor(s)* will pay the claim direct per the contract or statute.

Each secured claim shall constitute a separate class.

### F.  SATISFACTION OF CLAIM BY SURRENDER OF COLLATERAL:

The claims listed in Section I, Part F shall be satisfied as secured to the extent of the value of the *Collateral*, as stated in the *Plan*, by surrender of the *Collateral* by the *Debtor(s)* on or before confirmation.  Any amount claimed in excess of the value of the *Collateral*, to the extent it is allowed, shall be automatically split and treated as indicated in Section I, Part H or J, per 11 U.S.C. § 506(a).

Each secured claim shall constitute a separate class.

### G.  DIRECT PAYMENTS BY DEBTOR(S):

Payments on all secured claims listed in Section I, Part G shall be disbursed by the *Debtor(s)* to the claimant in accordance with the terms of their agreement or any applicable statute, unless otherwise provided in Section III, "Nonstandard Provisions."

No direct payment to the IRS from future income or earnings in accordance with 11 U.S.C. § 1322(a)(1) will be permitted.

Each secured claim shall constitute a separate class.

### H.  PRIORITY CLAIMS OTHER THAN DOMESTIC SUPPORT OBLIGATIONS:

Failure to object to confirmation of this *Plan* shall not be deemed acceptance of the "SCHED. AMT." shown in Section I, Part H. The claims listed in Section I, Part H shall be paid their allowed amount by the *Trustee*, in full, pro-rata, as priority claims, without interest.

### I.  CLASSIFIED UNSECURED CLAIMS:

Classified unsecured claims shall be treated as allowed by the Court.

### J.  GENERAL UNSECURED CLAIMS TIMELY FILED:

All other allowed claims not otherwise provided for herein shall be designated general unsecured claims.

### K.  EXECUTORY CONTRACTS AND UNEXPIRED LEASES:

As provided in § 1322(b)(7) of the Bankruptcy Code, the *Debtor(s)* assume(s) or reject(s) the executory contracts or unexpired leases with parties as indicated in Section I, Part K.

Assumed lease and executory contract arrearage amounts shall be disbursed by the *Trustee* as indicated in Section I, Part K.

### L.  CLAIMS TO BE PAID:

"TERM (APPROXIMATE)" as used in this *Plan* states the estimated number of months from the *Petition Date* required to fully pay the allowed claim.  If adequate protection payments have been authorized and made, they will be applied to principal as to both under-secured and fully secured claims and allocated between interest and principal as to over-secured claims.  Payment pursuant to this *Plan* will only be made on statutory, secured, administrative, priority and unsecured claims that are allowed or, pre-confirmation, that the *Debtor(s)* has/have authorized in a filed Authorization for Adequate Protection Disbursements.

### M.  ADDITIONAL PLAN PROVISIONS:

Any additional *Plan* provisions shall be set out in Section III, "Nonstandard Provisions."

### N.  POST-PETITION NON-ESCROWED AD VALOREM (PROPERTY) TAXES AND INSURANCE:

Whether the *Debtor* is a *Conduit Debtor* or not, if the regular payment made by the *Debtor* to a *Mortgage Lender* or any other lienholder secured by real property does not include an escrow for the payment of ad valorem (property) taxes or insurance, the *Debtor* is responsible for the timely payment of post-petition taxes directly to the tax assessor and is responsible for maintaining property insurance as required by the mortgage security agreement, paying all premiums as they become due directly to the insurer.  If the *Debtor* fails to make these payments, the mortgage holder may, but is not required to, pay the taxes and/or the insurance.  If the mortgage holder pays the taxes and/or insurance, the mortgage holder may file, as appropriate, a motion for reimbursement of the amount paid as an administrative claim or a *Notice of Payment Change by Mortgage Lender* or a *Notice of Fees, Expenses, and Charges.*

Case No:   18-44931-elm-13
Debtor(s):  **Jason Ray French**
         **Kylee Wayne Williams**

### O.  CLAIMS NOT FILED:

A claim not filed with the Court will not be paid by the *Trustee* post-confirmation regardless of its treatment in Section I or on the *AAPD*.

### P.  CLAIMS FOR PRE-PETITION NON-PECUNIARY PENALTIES, FINES, FORFEITURES, MULTIPLE, EXEMPLARY OR PUNITIVE DAMAGES:

Any unsecured claim for a non-pecuniary penalty, fine, or forfeiture, or for multiple, exemplary or punitive damages, expressly including an IRS penalty to the date of the petition on unsecured and/or priority claims, shall be paid only a pro-rata share of any funds remaining after all other unsecured claims, including late filed claims, have been paid in full.

### Q.  CLAIMS FOR POST-PETITION PENALTIES AND INTEREST:

No interest, penalty, or additional charge shall be allowed on any pre-petition claims subsequent to the filing of the petition, unless expressly provided herein.

### R.  BUSINESS CASE OPERATING REPORTS:

Upon the filing of the *Trustee's* 11 U.S.C. § 1302(c) Business Case Report, business *Debtors* are no longer required to file operating reports with the *Trustee*, unless the *Trustee* requests otherwise.  The filing of the *Trustee's* 11 U.S.C. § 1302(c) Business Case Report shall terminate the *Trustee's* duties but not the *Trustee's* right to investigate or monitor the *Debtor's(s')* business affairs, assets or liabilities.

### S.  NO TRUSTEE'S LIABILITY FOR DEBTOR'S POST-CONFIRMATION OPERATION AND BAR DATE FOR CLAIMS FOR PRE-CONFIRMATION OPERATIONS:

The *Trustee* shall not be liable for any claim arising from the post-confirmation operation of the *Debtor's(s')* business.  Any claims against the *Trustee* arising from the pre-confirmation operation of the *Debtor's(s')* business must be filed with the Bankruptcy Court within sixty (60) days after entry by the Bankruptcy Court of the Order of Confirmation or be barred.

### T.  DISPOSAL OF DEBTOR'S NON-EXEMPT PROPERTY; RE-VESTING OF PROPERTY; NON-LIABILITY OF TRUSTEE FOR PROPERTY IN POSSESSION OF DEBTOR WHERE DEBTOR HAS EXCLUSIVE RIGHT TO USE, SELL, OR LEASE IT; AND TRUSTEE PAYMENTS UPON POST CONFIRMATION CONVERSION OR DISMISSAL:

*Debtor(s)* shall not dispose of or encumber any non-exempt property or release or settle any lawsuit or claim by *Debtor(s)*, prior to discharge, without consent of the *Trustee* or order of the Court after notice to the *Trustee* and all creditors.

Property of the estate shall not vest in the *Debtor* until such time as a discharge is granted or the *Case* is dismissed or closed without discharge.  Vesting shall be subject to all liens and encumbrances in existence when the *Case* was filed and all valid post-petition liens, except those liens avoided by court order or extinguished by operation of law.  In the event the *Case* is converted to a case under chapter 7, 11, or 12 of the Bankruptcy Code, the property of the estate shall vest in accordance with applicable law.  After confirmation of the *Plan*, the *Trustee* shall have no further authority, fiduciary duty or liability regarding the use, sale, insurance of or refinance of property of the estate except to respond to any motion for the proposed use, sale, or refinance of such property as required by the applicable laws and/or rules.  Prior to any discharge or dismissal, the *Debtor(s)* must seek approval of the court to purchase, sell, or refinance real property.

Upon dismissal of the *Case* post confirmation, the *Trustee* shall disburse all funds on hand in accordance with this *Plan*.  Upon conversion of the *Case*, any balance on hand will be disbursed by the *Trustee* in accordance with applicable law.

### U.  ORDER OF PAYMENT:

Unless otherwise ordered by the court, all claims and other disbursements made by the Chapter 13 *Trustee* after the entry of an order confirming the Chapter 13 Plan, whether pursuant to this *Plan* or a modification thereof, will be paid in the order set out below, to the extent a creditor's claim is allowed or the disbursement is otherwise authorized.  Each numbered paragraph below is a level of payment.  All disbursements which are in a specified monthly amount are referred to as "per mo."  At the time of any disbursement, if there are insufficient funds on hand to pay any per mo payment in full, claimant(s) with a higher level of payment shall be paid any unpaid balance owed on a per mo payment plus the current per mo payment owed to that same claimant, in full, before any disbursement to a claimant with a lower level of payment.  If multiple claimants are scheduled to receive per mo payments within the same level of payment and there are insufficient funds to make those payments in full, available funds will be disbursed to the claimants within that level on a pro-rata basis.  Claimants with a higher level of payment which are designated as receiving pro-rata payments shall be paid, in full, before any disbursements are made to any claimant with a lower level of payment.

Case No: 18-44931-elm-13
Debtor(s): **Jason Ray French**
**Kylee Wayne Williams**

1st -- Clerk's Filing Fee and Trustee's Percentage Fee(s) and Noticing Fees in B.(1) and B.(2) and per statutory provisions will be paid in full.

2nd -- Current Post-Petition Mortgage Payments (Conduit) in D.(2) and as adjusted according to the General Order, which must be designated to be paid per mo.

3rd -- Creditors listed in E.(1)(A) and E.(2)(A), which must be designated to be paid per mo, and Domestic Support Obligations ("DSO") in B.(3), which must be designated to be paid per mo.

4th -- Attorney Fees in C, which must be designated to be paid pro-rata.

5th -- Post-Petition Mortgage Arrearage as set out in D.(3), if designated to be paid per mo.

6th -- Post-Petition Mortgage Arrearage as set out in D.(3), if designated to be paid pro-rata.

7th -- Arrearages owed on Executory Contracts and Unexpired Leases in K, which must be designated to be paid per mo.

8th -- Any Creditors listed in D.(1), if designated to be paid per mo.

9th -- Any Creditors listed in D.(1), if designated to be paid pro-rata and/or Creditors listed in E.(1)(B) or E.(2)(B), which must be designated to be paid pro-rata.

10th -- All amounts allowed pursuant to a *Notice of Fees, Expenses and Charges*, which will be paid pro-rata.

11th -- Priority Creditors Other than Domestic Support Obligations ("Priority Creditors") in H, which must be designated to be paid pro-rata.

12th -- Special Class in I, which must be designated to be paid per mo.

13th -- Unsecured Creditors in J, other than late filed or penalty claims, which must be designated to be paid pro-rata.

14th -- Late filed claims by Secured Creditors in D.(1), D.(2), D.(3), E.(1) and E.(2), which must be designated to be paid pro-rata, unless other treatment is authorized by the Court.

15th -- Late filed claims for DSO or filed by Priority Creditors in B.(3) and H, which must be designated to be paid pro-rata.

16th -- Late filed claims by Unsecured Creditors in J, which must be designated to be paid pro-rata.

17th -- Unsecured claims for a non-pecuniary penalty, fine, or forfeiture, or for multiple, exemplary or punitive damages, expressly including an IRS penalty to the date of the petition on unsecured and/or priority claims. These claims must be designated to be paid pro-rata.

## V. POST-PETITION CLAIMS:

Claims filed under § 1305 of the Bankruptcy Code shall be paid as allowed. To the extent necessary, *Debtor(s)* will modify this *Plan*.

## W. TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS ("TRCC") PROCEDURE:

See the provisions of the General Order regarding this procedure.

Case No: 18-44931-elm-13
Debtor(s): **Jason Ray French**
              **Kylee Wayne Williams**

### SECTION III
### NONSTANDARD PROVISIONS

The following nonstandard provisions, if any, constitute terms of this *Plan*. Any nonstandard provision placed elsewhere in the *Plan* is void.

**None.**

I, the undersigned, hereby certify that the *Plan* contains no nonstandard provisions other than those set out in this final paragraph.

**/s/ Marcus Leinart**
_____
Marcus Leinart, Debtor's(s') Attorney

_____
Debtor (if unrepresented by an attorney)

Debtor's(s') Chapter 13 Plan (Containing a Motion for Valuation) is respectfully submitted.

**/s/ Marcus Leinart**
_____
Marcus Leinart, Debtor's(s') Counsel

**00794156**
_____
State Bar Number

Case No:  18-44931-elm-13
Debtor(s):  **Jason Ray French**
**Kylee Wayne Williams**

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the foregoing Debtor's(s') Chapter 13 Plan (Containing a Motion for Valuation) was served on the following entities either by Electronic Service or by First Class Mail, Postage Pre-paid on the _____**11th day of January, 2019**_____ :

(List each party served, specifying the name and address of each party)

Dated: _____**January 11, 2019**_____          **/s/ Marcus Leinart** _____
                                                                    Marcus Leinart, Debtor's(s') Counsel

| | | |
|---|---|---|
| Aaron's Sales & Lease<br>xxxxxxx2066<br>Attn: Bankruptcy<br>PO Box 100039<br>Kennesaw, GA 30156 | AMCA/American Medical Collection<br>Agency<br>xxxxxxxxx9580<br>Attention: Bankruptcy<br>4 Westchester Plaza, Suite 110<br>Elmsford, NY 10523 | Capital One<br>xxxxxxxxxxxx9528<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 |
| Aaron's Sales & Lease<br>xxxxxxx2055<br>Attn: Bankruptcy<br>PO Box 100039<br>Kennesaw, GA 30156 | AMCA/American Medical Collection<br>Agency<br>xxxxxxxxx6765<br>Attention: Bankruptcy<br>4 Westchester Plaza, Suite 110<br>Elmsford, NY 10523 | CarMax Auto Finance<br>xxxx5687<br>Attn: Bankruptcy<br>PO Box 440609<br>Kennesaw, GA 30160 |
| Ad Astra Recovery<br>xxx0842<br>7330 West 33rd Street North<br>Suite 118<br>Wichita, KS 67205 | Applied Bank<br>xxxxxxxxxxx9299<br>Po Box 17125<br>Wilmington, DE 19850 | Citicards<br>xxxxxxxxxxx1588<br>Citicorp Credit Services/Attn: Centraliz<br>PO Box 790040<br>Saint Louis, MO 63179 |
| AMCA<br>xxxxxxx9829<br>4 Westchester Plaza Ste. 110<br>Elmsford, NY 10523 | Applied Bank<br>xxxxxxxxxxxx1345<br>Attn: Bankruptcy<br>PO Box 17125<br>Wilmington, DE 19850 | CMRE Financial Services<br>xxxxxxxxxxxxxxx2816<br>Attn: Bankruptcy<br>3075 E Imperial Hwy  Ste 200<br>Brea, CA 92811 |
| AMCA/American Medical Collection<br>Agency<br>xxxxxxxxx6183<br>Attention: Bankruptcy<br>4 Westchester Plaza, Suite 110<br>Elmsford, NY 10523 | Blakely Witt & Assoc<br>xxxxxxx2808<br>802 Highway 80 East<br>Attn: Credit Dept.<br>Mesquite, TX 75149 | CMRE Financial Services<br>xxxxxxxxxxxxxxx1827<br>Attn: Bankruptcy<br>3075 E Imperial Hwy  Ste 200<br>Brea, CA 92811 |
| AMCA/American Medical Collection<br>Agency<br>xxxxxxxxx8796<br>Attention: Bankruptcy<br>4 Westchester Plaza, Suite 110<br>Elmsford, NY 10523 | Capital One<br>xxxxxxxxxxx5040<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 | CMRE Financial Services<br>xxxxxxxxxxxxxxx1828<br>Attn: Bankruptcy<br>3075 E Imperial Hwy  Ste 200<br>Brea, CA 92811 |

Case No:   18-44931-elm-13
Debtor(s):   **Jason Ray French**
 **Kylee Wayne Williams**

---

CMRE Financial Services
xxxxxxxxxxxxxxx1557
Attn: Bankruptcy
3075 E Imperial Hwy  Ste 200
Brea, CA 92811

CMRE Financial Services
xxxxxxxxxxxxxxxx7000
Attn: Bankruptcy
3075 E Imperial Hwy  Ste 200
Brea, CA 92811

Comcast
Po Box 650063
Dallas, TX 75265-0063

Commonwealth Financial Systems
xxxxxxxx43N1
Attn: Bankruptcy
245 Main Street
Dickson City, PA 18519

Commonwealth Financial Systems
xxxxxxxx90N1
Attn: Bankruptcy
245 Main Street
Dickson City, PA 18519

Commonwealth Financial Systems
xxxxxxxx21N1
Attn: Bankruptcy
245 Main Street
Dickson City, PA 18519

Commonwealth Financial Systems
xxxxxxxx23N1
Attn: Bankruptcy
245 Main Street
Dickson City, PA 18519

Conn's Appliance Inc
xxxxx6431
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-1245

Conn's Appliance Inc
xxxxx6430
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-1245

Conn's Appliance Inc
xxxxx5830
c/o Becket and Lee LLP
PO Box 3002
Malvern PA 19355-1245

Convergent Outsourcing, Inc.
xxxx5698
Attn: Bankruptcy
PO Box 9004
Renton, WA 98057

Credit Acceptance
xxxx7691
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034

Credit Collection Service
xxxx1206
Attn: Bankruptcy
PO Box 773
Needham, MA 02494

Credit Collection Service
xxxx4973
Attn: Bankruptcy
PO Box 773
Needham, MA 02494

Credit Collection Service
xxxx9330
Attn: Bankruptcy
PO Box 773
Needham, MA 02494

Credit One Bank
xxxxxxxxxxxx2049
ATTN: Bankruptcy
PO Box 98873
Las Vegas, NV 89193

Credit One Bank
xxxxxxxxxxxx0993
ATTN: Bankruptcy
PO Box 98873
Las Vegas, NV 89193

Credit Systems International, Inc
xxxxx6453
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx0102
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx6012
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx8997
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx9638
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx2236
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx4741
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Case No: 18-44931-elm-13
Debtor(s): **Jason Ray French**
**Kylee Wayne Williams**

| | | |
|---|---|---|
| Credit Systems International, Inc<br>xxxxx6339<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 | Credit Systems International, Inc<br>xxxxx9918<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 | Credit Systems International, Inc<br>xxxxx6678<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 |
| Credit Systems International, Inc<br>xxxxx9614<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 | Credit Systems International, Inc<br>xxxxx7678<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 | Credit Systems International, Inc<br>xxxxx6677<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 |
| Credit Systems International, Inc<br>xxxxx6340<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 | Credit Systems International, Inc<br>xxxxx6338<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 | Credit Systems International, Inc<br>xxxxx7184<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 |
| Credit Systems International, Inc<br>xxxxx5730<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 | Credit Systems International, Inc<br>xxxxx3297<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 | Credit Systems International, Inc<br>xxxxx6847<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 |
| Credit Systems International, Inc<br>xxxxx7675<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 | Credit Systems International, Inc<br>xxxxx5686<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 | Credit Systems International, Inc<br>xxxxx7191<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 |
| Credit Systems International, Inc<br>xxxxx7676<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 | Credit Systems International, Inc<br>xxxxx0831<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 | Credit Systems International, Inc<br>xxxxx7201<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 |
| Credit Systems International, Inc<br>xxxxx7904<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 | Credit Systems International, Inc<br>xxxxx5474<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 | Credit Systems International, Inc<br>xxxxx0863<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 |
| Credit Systems International, Inc<br>xxxxx7680<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 | Credit Systems International, Inc<br>xxxxx3295<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 | Credit Systems International, Inc<br>xxxxx5952<br>Attn: Bankruptcy<br>PO Box 1088<br>Arlington, TX 76004 |

Case No: 18-44931-elm-13
Debtor(s): **Jason Ray French**
**Kylee Wayne Williams**

---

Credit Systems International, Inc
xxxxx7681
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx7677
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx7147
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx0783
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx7868
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx9485
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx4945
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx7679
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx7508
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx7150
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx8680
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx9613
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx7180
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx7476
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Discover Financial
xxxxxxxxxxxx0647
PO Box 3025
New Albany, OH 43054

Credit Systems International, Inc
xxxxx6846
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx2892
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Dish Network
Dept 0063
Palatine, IL 60055-0063

Credit Systems International, Inc
xxxxx9516
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx6845
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Diversified Consultants, Inc.
xxxx4918
Attn: Bankruptcy
PO Box 551268
Jacksonville, FL 32255

Credit Systems International, Inc
xxxxx6164
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Credit Systems International, Inc
xxxxx3296
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Emcare DFW Emergency Physicians
P O Box 13837
Philadelphia, PA 19101

Case No: 18-44931-elm-13
Debtor(s): **Jason Ray French**
**Kylee Wayne Williams**

Financial Control Services
xxxxxxxxxxxx9555
Attn: Bankruptcy
PO Box 21626
Waco, TX 76702

Financial Control Services
xxxxxxxxxxxx3549
Attn: Bankruptcy
PO Box 21626
Waco, TX 76702

Financial Control Services
xxxxxxxxxxxx3550
Attn: Bankruptcy
PO Box 21626
Waco, TX 76702

Financial Control Services
xxxxxxxxxxxx7064
Attn: Bankruptcy
PO Box 21626
Waco, TX 76702

Financial Control Services
xxxxxxxxxxxx6107
Attn: Bankruptcy
PO Box 21626
Waco, TX 76702

Financial Control Services
xxxxxxxxxxxx5184
Attn: Bankruptcy
PO Box 21626
Waco, TX 76702

Financial Control Services
xxxxxxxxxxxx7065
Attn: Bankruptcy
PO Box 21626
Waco, TX 76702

Financial Control Services
xxxxxxxxxxxx9363
Attn: Bankruptcy
PO Box 21626
Waco, TX 76702

Financial Control Services
xxxxxxxxxxxx3827
Attn: Bankruptcy
PO Box 21626
Waco, TX 76702

Financial Control Services
xxxxxxxxxxxx0383
Attn: Bankruptcy
PO Box 21626
Waco, TX 76702

Fingerhut
xxxxxxxxxxxx6959
Attn: Bankruptcy
PO Box 1250
Saint Cloud, MN 56395

Fingerhut
xxxxxxxxxxxx7396
Attn: Bankruptcy
PO Box 1250
Saint Cloud, MN 56395

Helvey & Associates
xxx7135
1029 East Center St
Warsaw, IN 46580

I C System Inc
xxxx5214
Attn: Bankruptcy
P.O. Box 64378
St. Paul, MN 55164

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Jason Ray French
1312 Constance Drive
Fort Worth, TX 76131

Jefferson Capital Systems, LLC
xxxxxxxxx1003
PO Box 1999
Saint Cloud, MN 56302

Lone Star Radiology
P.O. Box 730693
Dallas, TX 75373

LVNV Funding/Resurgent Capital
xxxxxxxxxxxx0993
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Mariner Finance
xxxxxxxx9319
8211 Town Center Dr
Nottingham, MD 21236

Medical City Alliance
xxx7234
PO Box 743206
Atlanta, GA 30374-3206

Medical City Alliance
xxx0080
PO Box 743206
Atlanta, GA 30374-3206

Medical Tox Labs
x7238
5501 W. Gray St.
Tampa, FL 33609

Merchants & Medical Credit Corp
xxx8758
ATTN: Bankruptcy
6324 Taylor Drive
Flint, MI 48507

Case No:   18-44931-elm-13
Debtor(s):   **Jason Ray French**
   **Kylee Wayne Williams**

---

MidAmerica Bank & Trust Company
xxxxxxxxxxxx9164
Attn: Bankruptcy
PO Box 400
Dixon, MO 65459

MidAmerica Bank & Trust Company
xxxxxxxxxxxx2655
Attn: Bankruptcy
PO Box 400
Dixon, MO 65459

Midwest Recovery Systems
xxxxxxxxxxx4681
PO Box 899
Florissant, MO 63032

Midwest Recovery Systems
xxxxxxxxxx5299
PO Box 899
Florissant, MO 63032

Nationwide Recovery
xxx4861
501 Shelley Dr  Ste 300
Tyler, TX 75701

Nationwide Recovery
xxx4884
501 Shelley Dr  Ste 300
Tyler, TX 75701

North Texas Surgical Specialist
x1458
800 8th Ave. Ste. 306
Fort Worth, TX 76104-2602

NTTA
xxxxx5694
PO Box 660244
Dallas, TX 75266-0244

NTTA
xxxxx9966
PO Box 660244
Dallas, TX 75266-0244

One Advantage, LLC
xxx4477
7650 Magna Dr.
Belleville, IN 62223

One Advantage, LLC
xxx4505
7650 Magna Dr.
Belleville, IN 62223

Pam Bassel
7001 Blvd 26, Suite 150
North Richland Hills, TX 76180

Propath
P O Box 678175
Dallas, TX 75267-8175

Questcard Medical
PO Box 99082
Las Vegas, NV 89193

Radiological Assoc
PO Box 740968
Dallas ,TX 75374

Reliant Energy
PO Box 650475
Dallas, TX 75265-0475

Sam's Appliances & Furniture
xxxxx4131
Attn: Bankruptcy
5050 East Belknap Street
Haltom City, TX 76117

Sam's Appliances & Furniture
xxxxx5885
Attn: Bankruptcy
5050 East Belknap Street
Haltom City, TX 76117

Sam's Appliances & Furniture
xxxxx5550
Attn: Bankruptcy
5050 East Belknap Street
Haltom City, TX 76117

Sam's Appliances & Furniture
xxxxx5710
Attn: Bankruptcy
5050 East Belknap Street
Haltom City, TX 76117

Sam's Appliances & Furniture
xxxxx5560
Attn: Bankruptcy
5050 East Belknap Street
Haltom City, TX 76117

Security Check
xxx1926
Attn: Bankruptcy Dept
2612 Jackson Ave W
Oxford, MS 38655

Security Finance Corp
xxxxx0785
Attn: Bankruptcy
PO Box 1893
Spartanburg, SC 29304

Southwest Recovery Service
xxxxxxxxxx1801
Attn: Bankruptcy Dept
17311 Dallas Pkwy #235
Dallax, TX 75248

Case No: 18-44931-elm-13
Debtor(s): **Jason Ray French**
**Kylee Wayne Williams**

Southwest Rehab Associates
2701 W. 15th St, Ste 629
Plano, TX 75075

Texas Pain Institute
x9350
1000 Lipscomb Ste. 110
Fort Worth, TX 76104-3182

United Revenue Corp
xxx1820
204 Billings St
Suite 120
Arlington, TX 76010

Speedy Cash
Attn: Bankruptcy Dept.
PO Box 780408
Wichita, KS 67278

Texas Radiology Associates
PO Box 2285
Indianapolis, IN 46206-2285

United Revenue Corp
xxx5976
204 Billings St
Suite 120
Arlington, TX 76010

Sunbelt Credit
xxxx1585
Attn: Bankruptcy
208 E. Main St.
Spartanburg, SC 28306

Transworld System Inc
xxxx7509
Attn: Bankruptcy
PO Box 15618
Wilmington, DE 19850

United Revenue Corp
xxx9090
204 Billings St
Suite 120
Arlington, TX 76010

Synerprise Consulting Services, Inc
xxxx9378
Attn: Bankruptcy
5651 Broadmoor St
Mission, KS 66202

TXU/Texas Energy
xxxxxxxxxxxx7096
Attn: Bankruptcy
PO Box 650393
Dallas, TX 75265

United Revenue Corp
xxx7378
204 Billings St
Suite 120
Arlington, TX 76010

Tempoe, LLC dba Why Not Lease It
1750 Elm Street Suite 1200
Manchester, NH 03104

United Revenue Corp
xxx1816
204 Billings St
Suite 120
Arlington, TX 76010

United Revenue Corp
xxx5483
204 Billings St
Suite 120
Arlington, TX 76010

Texas Health Harris Methodist
PO BOx 916051
Ft Worth, TX 76191-6051

United Revenue Corp
xxx8834
204 Billings St
Suite 120
Arlington, TX 76010

United Revenue Corp
xxx2872
204 Billings St
Suite 120
Arlington, TX 76010

Texas Health Physicians Group
P.O. Box 732262
Dallas, TX 75373-2262

United Revenue Corp
xxx5635
204 Billings St
Suite 120
Arlington, TX 76010

United Revenue Corp
xxx1098
204 Billings St
Suite 120
Arlington, TX 76010

Texas Medicine Resources
PO Box 8549
Ft Worth, TX 76124-0549

United Revenue Corp
xxx8879
204 Billings St
Suite 120
Arlington, TX 76010

United Revenue Corp
xxx1495
204 Billings St
Suite 120
Arlington, TX 76010

Case No: 18-44931-elm-13
Debtor(s): **Jason Ray French**
**Kylee Wayne Williams**

United Revenue Corp
xxx5339
204 Billings St
Suite 120
Arlington, TX 76010

United Revenue Corp
xxx7622
204 Billings St
Suite 120
Arlington, TX 76010

United Revenue Corp
xxx1731
204 Billings St
Suite 120
Arlington, TX 76010

United Revenue Corp
xxx7289
204 Billings St
Suite 120
Arlington, TX 76010

United Revenue Corp
xxx0219
204 Billings St
Suite 120
Arlington, TX 76010

United Revenue Corp
xxx0406
204 Billings St
Suite 120
Arlington, TX 76010

United Revenue Corp
xxx1732
204 Billings St
Suite 120
Arlington, TX 76010

United Revenue Corp
xxx1815
204 Billings St
Suite 120
Arlington, TX 76010

United Revenue Corp
xxx0218
204 Billings St
Suite 120
Arlington, TX 76010

UNT Health
P.O. Box 99335
Ft. Worth, TX 76199

US Anesthesia Partners
xxxx8889
PO Box 840855
Dallas, TX 75284-0855

Vance & Huffman Llc
xxxx3101
55 Monette Pkwy Ste 100
Smithfield, VA 23430

Verizon Wireless
xxxxxxxxxx0001
Attn: Verizon Wireless Bankruptcy
Admini
500 Technology Dr, Ste 550
Weldon Spring, MO 63304

Wise Credit Llc
xx6670
200 W Thompson St
Decatur, TX 76234

Wise Emergency Medical Associates
P.O. Box 830
San Antonio, TX 78293-0830

**Leinart Law Firm**
11520 N. Central Expressway
Suite 212
Dallas, Texas 75243

Bar Number: **00794156**
Phone: **(469) 232-3328**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**
Revised 10/1/2016

IN RE: **Jason Ray French**  xxx-xx-7641 §  CASE NO: **18-44931-elm-13**
      1312 Constance Drive §
      Fort Worth, TX 76131 §
                                 §
                                 §

      **Kylee Wayne Williams**  xxx-xx-9675
      1312 Constance Drive
      Fort Worth, TX 76131

                            Debtor(s)

## AUTHORIZATION FOR ADEQUATE PROTECTION DISBURSEMENTS    DATED: **1/11/2019**

The undersigned Debtor(s) hereby request that payments received by the Trustee prior to confirmation be disbursed as indicated below:

| Periodic Payment Amount | **Variable Plan Payments. See Monthly Schedule below.*** | |
|---|---|---|
| Disbursements | First (1) | Second (2) (Other) |
| Account Balance Reserve | $5.00 | $5.00 carried forward |
| Trustee Percentage Fee | $49.50 | See below* |
| Filing Fee | $0.00 | See below* |
| Noticing Fee | $186.90 | See below* |
| **Subtotal Expenses/Fees** | **$241.40** | **See below*** |
| Available for payment of Adequate Protection, Attorney Fees and Current Post-Petition Mortgage Payments: | **$258.60** | **See below*** |

### CREDITORS SECURED BY VEHICLES (CAR CREDITORS):

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|---|---|
| CarMax Auto Finance | 2016 Chrysler Town & Country | $21,511.00 | $19,265.00 | 1.25% | $240.81 |
| | Total Adequate Protection Payments for Creditors Secured by Vehicles: | | | | **$240.81** |

### CURRENT POST-PETITION MORTGAGE PAYMENTS (CONDUIT):

| Name | Collateral | Start Date | Scheduled Amount | Value of Collateral | Payment Amount |
|---|---|---|---|---|---|
| | Payments for Current Post-Petition Mortgage Payments (Conduit): | | | | **$0.00** |

Case No: 18-44931-elm-13
Debtor(s): Jason Ray French
Kylee Wayne Williams

## CREDITORS SECURED BY COLLATERAL OTHER THAN A VEHICLE:

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|------|-----------|-----------------|--------------------|-------------------------------|-----------------------------------|
| | Total Adequate Protection Payments for Creditors Secured by Collateral other than a vehicle: | | | | **$0.00** |

### TOTAL PRE-CONFIRMATION PAYMENTS

**First Month Disbursement (after payment of Clerk's Filing Fee, any Noticing Fee, Chapter 13 Trustee Percentage Fee, and retention of the Account Balance Reserve):**

| | |
|---|---|
| Current Post-Petition Mortgage Payments (Conduit payments), per mo: | **$0.00** |
| Adequate Protection to Creditors Secured by Vehicles ("Car Creditor"), per mo: | **$240.81** |
| Debtor's Attorney, per mo: | **$17.79** |
| Adequate Protection to Creditors Secured by other than a Vehicle, per mo: | **$0.00** |

**Disbursements starting month 2 (after payment of Clerk's Filing Fee, any Noticing Fee, Chapter 13 Trustee Percentage Fee, and retention of the Account Balance Reserve):**

| | |
|---|---|
| Current Post-Petition Mortgage Payments (Conduit payments), per mo: | **$0.00** |
| Adequate Protection to Creditors Secured by Vehicles ("Car Creditor"), per mo: | **$240.81** |
| Debtor's Attorney, per mo: | **See Monthly Schedule below*** |
| Adequate Protection to Creditors Secured by other than a Vehicle, per mo: | **$0.00** |

### *Monthly Schedule

| Month | Plan Payment | Account Balance Reserve | Trustee Percentage Fee | Filing Fees | Noticing Fees | Subtotal Expenses/ Fees | Available | Available for APD | Available for Attorney |
|-------|-------------|------------------------|----------------------|-------------|---------------|------------------------|-----------|-------------------|------------------------|
| 1 | $500.00 | $5.00 | $49.50 | $0.00 | $186.90 | $241.40 | $258.60 | $240.81 | $17.79 |
| 2 | $500.00 | | $50.00 | | | $50.00 | $450.00 | $240.81 | $209.19 |
| 3 | $718.00 | | $71.80 | | | $71.80 | $646.20 | $240.81 | $405.39 |
| 4 | $718.00 | | $71.80 | | | $71.80 | $646.20 | $240.81 | $405.39 |
| 5 | $718.00 | | $71.80 | | | $71.80 | $646.20 | $240.81 | $405.39 |
| 6 | $718.00 | | $71.80 | | | $71.80 | $646.20 | $240.81 | $405.39 |
| 7 | $718.00 | | $71.80 | | | $71.80 | $646.20 | $240.81 | $405.39 |
| 8 | $718.00 | | $71.80 | | | $71.80 | $646.20 | $240.81 | $405.39 |
| 9 | $718.00 | | $71.80 | | | $71.80 | $646.20 | $240.81 | $405.39 |
| 10 | $718.00 | | $71.80 | | | $71.80 | $646.20 | $240.81 | $405.39 |
| 11 | $718.00 | | $71.80 | | | $71.80 | $646.20 | $240.81 | $229.90 |

**Order of Payment:**

Unless otherwise ordered by the court, all claims and other disbursements made by the Chapter 13 Trustee prior to entry of an order confirming the Chapter 13 Plan will be paid in the order set out above. All disbursements which are in a specified monthly amount are referred to as "per mo". At the time of any disbursement, if there are insufficient funds on hand to pay any per mo payment in full, claimant(s) with a higher level of payment shall be paid any unpaid balance owed on the per mo payment plus the current per mo payment owed to that same claimant, in full, before any disbursement to a claimant with a lower level of payment. Other than the Current Post-Petition Mortgage Payments, the principal balance owing upon confirmation of the Plan on the allowed secured claim shall be reduced by the total of adequate protection payments, less any interest (if applicable), paid to the creditor by the Trustee.

DATED: __1/11/2019__

/s/ Marcus Leinart
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE: **Jason Ray French**
**Kylee Wayne Williams**

CASE NO. **18-44931-elm-13**

CHAPTER **13**

## Certificate of Service

I hereby certify that on this date, I did serve a true and correct copy of the foregoing to the following interested parties and those listed on the attached matrix by United States Mail, First Class:

Date: **1/11/2019**

**/s/ Marcus Leinart**

**Marcus Leinart**
Attorney for the Debtor(s)

| | | |
|---|---|---|
| Aaron's Sales & Lease<br>Attn: Bankruptcy<br>PO Box 100039<br>Kennesaw, GA 30156 | Applied Bank<br>Attn: Bankruptcy<br>PO Box 17125<br>Wilmington, DE 19850 | CMRE Financial Services<br>Attn: Bankruptcy<br>3075 E Imperial Hwy Ste 200<br>Brea, CA 92811 |
| Ad Astra Recovery<br>7330 West 33rd Street North<br>Suite 118<br>Wichita, KS 67205 | Blakely Witt & Assoc<br>802 Highway 80 East<br>Attn: Credit Dept.<br>Mesquite, TX 75149 | Comcast<br>Po Box 650063<br>Dallas, TX 75265-0063 |
| AMCA<br>4 Westchester Plaza Ste. 110<br>Elmsford, NY 10523 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 | Commonwealth Financial Systems<br>Attn: Bankruptcy<br>245 Main Street<br>Dickson City, PA 18519 |
| AMCA/American Medical Collection<br>Agency<br>Attention: Bankruptcy<br>4 Westchester Plaza, Suite 110<br>Elmsford, NY 10523 | CarMax Auto Finance<br>Attn: Bankruptcy<br>PO Box 440609<br>Kennesaw, GA 30160 | Conn's Appliance Inc<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-1245 |
| Applied Bank<br>Po Box 17125<br>Wilmington, DE 19850 | Citicards<br>Citicorp Credit Services/Attn: Centraliz<br>PO Box 790040<br>Saint Louis, MO 63179 | Convergent Outsourcing, Inc.<br>Attn: Bankruptcy<br>PO Box 9004<br>Renton, WA 98057 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Jason Ray French**
**Kylee Wayne Williams**

CASE NO. **18-44931-elm-13**

CHAPTER **13**

### Certificate of Service

(Continuation Sheet #1)

---

Credit Acceptance
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034

Emcare DFW Emergency Physicians
P O Box 13837
Philadelphia, PA 19101

Jefferson Capital Systems, LLC
PO Box 1999
Saint Cloud, MN 56302

Credit Collection Service
Attn: Bankruptcy
PO Box 773
Needham, MA 02494

Financial Control Services
Attn: Bankruptcy
PO Box 21626
Waco, TX 76702

Kylee Wayne Williams
1312 Constance Drive
Fort Worth, TX 76131

Credit One Bank
ATTN: Bankruptcy
PO Box 98873
Las Vegas, NV 89193

Fingerhut
Attn: Bankruptcy
PO Box 1250
Saint Cloud, MN 56395

Leinart Law Firm
11520 N. Central Expressway
Suite 212
Dallas, Texas 75243

Credit Systems International, Inc
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004

Helvey & Associates
1029 East Center St
Warsaw, IN 46580

Lone Star Radiology
P.O. Box 730693
Dallas, TX 75373

Discover Financial
PO Box 3025
New Albany, OH 43054

I C System Inc
Attn: Bankruptcy
P.O. Box 64378
St. Paul, MN 55164

LVNV Funding/Resurgent Capital
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Dish Network
Dept 0063
Palatine, IL 60055-0063

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Mariner Finance
8211 Town Center Dr
Nottingham, MD 21236

Diversified Consultants, Inc.
Attn: Bankruptcy
PO Box 551268
Jacksonville, FL 32255

Jason Ray French
1312 Constance Drive
Fort Worth, TX 76131

Medical City Alliance
PO Box 743206
Atlanta, GA 30374-3206

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Jason Ray French**
**Kylee Wayne Williams**

CASE NO. **18-44931-elm-13**

CHAPTER **13**

## Certificate of Service

(Continuation Sheet #2)

---

| | | |
|---|---|---|
| Medical Tox Labs<br>5501 W. Gray St.<br>Tampa, FL 33609 | One Advantage, LLC<br>7650 Magna Dr.<br>Belleville, IN 62223 | Security Check<br>Attn: Bankruptcy Dept<br>2612 Jackson Ave W<br>Oxford, MS 38655 |
| Merchants & Medical Credit Corp<br>ATTN: Bankruptcy<br>6324 Taylor Drive<br>Flint, MI 48507 | Pam Bassel<br>7001 Blvd 26, Suite 150<br>North Richland Hills, TX 76180 | Security Finance Corp<br>Attn: Bankruptcy<br>PO Box 1893<br>Spartanburg, SC 29304 |
| MidAmerica Bank & Trust Company<br>Attn: Bankruptcy<br>PO Box 400<br>Dixon, MO 65459 | Propath<br>P O Box 678175<br>Dallas, TX 75267-8175 | Southwest Recovery Service<br>Attn: Bankruptcy Dept<br>17311 Dallas Pkwy #235<br>Dallax, TX 75248 |
| Midwest Recovery Systems<br>PO Box 899<br>Florissant, MO 63032 | Questcard Medical<br>PO Box 99082<br>Las Vegas, NV 89193 | Southwest Rehab Associates<br>2701 W. 15th St, Ste 629<br>Plano, TX 75075 |
| Nationwide Recovery<br>501 Shelley Dr Ste 300<br>Tyler, TX 75701 | Radiological Assoc<br>PO Box 740968<br>Dallas ,TX 75374 | Speedy Cash<br>Attn: Bankruptcy Dept.<br>PO Box 780408<br>Wichita, KS 67278 |
| North Texas Surgical Specialist<br>800 8th Ave. Ste. 306<br>Fort Worth, TX 76104-2602 | Reliant Energy<br>PO Box 650475<br>Dallas, TX 75265-0475 | Sunbelt Credit<br>Attn: Bankruptcy<br>208 E. Main St.<br>Spartanburg, SC 28306 |
| NTTA<br>PO Box 660244<br>Dallas, TX 75266-0244 | Sam's Appliances & Furniture<br>Attn: Bankruptcy<br>5050 East Belknap Street<br>Haltom City, TX 76117 | Synerprise Consulting Services, Inc<br>Attn: Bankruptcy<br>5651 Broadmoor St<br>Mission, KS 66202 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Jason Ray French**
**Kylee Wayne Williams**

CASE NO. **18-44931-elm-13**

CHAPTER **13**

**Certificate of Service**

(Continuation Sheet #3)

| | | |
|---|---|---|
| Tempoe, LLC dba Why Not Lease It<br>1750 Elm Street Suite 1200<br>Manchester, NH 03104 | TXU/Texas Energy<br>Attn: Bankruptcy<br>PO Box 650393<br>Dallas, TX 75265 | Wise Emergency Medical Associates<br>P.O. Box 830<br>San Antonio, TX 78293-0830 |
| Texas Health Harris Methodist<br>PO BOx 916051<br>Ft Worth, TX 76191-6051 | United Revenue Corp<br>204 Billings St<br>Suite 120<br>Arlington, TX 76010 | |
| Texas Health Physicians Group<br>P.O. Box 732262<br>Dallas, TX 75373-2262 | UNT Health<br>P.O. Box 99335<br>Ft. Worth, TX 76199 | |
| Texas Medicine Resources<br>PO Box 8549<br>Ft Worth, TX 76124-0549 | US Anesthesia Partners<br>PO Box 840855<br>Dallas, TX 75284-0855 | |
| Texas Pain Institute<br>1000 Lipscomb Ste. 110<br>Fort Worth, TX 76104-3182 | Vance & Huffman Llc<br>55 Monette Pkwy Ste 100<br>Smithfield, VA 23430 | |
| Texas Radiology Associates<br>PO Box 2285<br>Indianapolis, IN 46206-2285 | Verizon Wireless<br>Attn: Verizon Wireless Bankruptcy<br>Admini<br>500 Technology Dr, Ste 550<br>Weldon Spring, MO 63304 | |
| Transworld System Inc<br>Attn: Bankruptcy<br>PO Box 15618<br>Wilmington, DE 19850 | Wise Credit Llc<br>200 W Thompson St<br>Decatur, TX 76234 | |